UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL NO. 03CR 10346 WGY |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. § 513(a) -- Uttering |
| RAMAL ROBINSON | ) | Counterfeited Securities |

INDICTMENT

COUNT ONE THROUGH NINE:

(18 U.S.C. § 513(a) -- Uttering Counterfeited Securities)

The Grand Jury charges that:

On or about the dates listed below, in the District of Massachusetts,

RAMAL ROBINSON,

the defendant herein, did utter counterfeit securities, to wit, checks of Kel Corporation, with the intent to deceive Sovereign Bank, a federally insured financial institution operating in interstate commerce.

| Count | Offense Date | Check Amount | Check Number |
|---|---|---|---|
| 1 | 04/12/01 | $759.86 | 8197 |
| 2 | 04/12/01 | $925.63 | 8205 |
| 3 | 04/12/01 | $759.86 | 8200 |
| 4 | 04/12/01 | $936.51 | 8202 |
| 5 | 04/12/01 | $711.54 | 8203 |
| 6 | 04/12/01 | $936.51 | 8199 |
| 7 | 04/12/01 | $893.51 | 8201 |

| Count | Offense Date | Check Amount | Check Number |
| --- | --- | --- | --- |
| 8 | 04/12/01 | $836.10 | 8204 |
| 9 | 04/13/01 | $893.51 | 8198 |

All in violation of Title 18, United States Code, Section 513(a).

A TRUE BILL

*[signature]* 11/12/03
FOREPERSON OF GRAND JURY

*[signature]*
William H. Connolly
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS, Boston, November 12, 2003. @ 2:41 PM


Returned into the District Court by the Grand Jurors and filed.


*[signature]*
Deputy Clerk