UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>03-10346-WGY</u>

**UNITED STATES**
**Plaintiff**

v.

**RAMAL ROBINSON**
**Defendant**

ORDER MODIFYING CONDITIONS

**YOUNG, D.J.**

The Court orders that the Special Conditions of Supervised Release be modified as follows. As soon as the Probation Office informs the defendant of an available bed, the defendant is to report to Coolidge House and reside there for six months. While at Coolidge House the defendant is to seek employment.

**By the Court,**

**/s/ Elizabeth Smith**

**Deputy Clerk**

**May 14, 2008**

**To: All Counsel**